FILED

FEB 12 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK PATRICK CANEO,<br><br>Defendant. | CR 19-80-BLG-SPW<br><br>ORDER TO VACATE TRIAL AND STAY CASE PENDING APPEAL |
|---|---|

Upon the United States' Notice of Appeal (Interlocutory) (Doc. 37) and its unopposed motion to vacate trial and stay the case pending appeal (Doc. 40), and for good cause shown,

**IT IS HEREBY ORDERED** that the trial currently scheduled for Tuesday, February 18, 2020 is **VACATED**.

**IT IS FURTHER ORDERED** that the case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals. For purposes of the Speedy Trial Act, any delay caused by this interlocutory appeal is excluded. 18 U.S.C. § 3161(h)(1)(C).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of February, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge