# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-80-BLG-SPW |
| Plaintiff, | ORDER |
| vs. | |
| FRANK PATRICK CANEO, | |
| Defendant. | |

Pending before the Court is the motion of the United States to dismiss the pending Indictment against the defendant (Doc. 44). For good cause shown,

IT IS HEREBY ORDERED that the Indictment in this case is hereby **DISMISSED without prejudice**.

IT IS FURTHER ORDERED that the trial set in this matter for June 22, 2020 at 9:00 a.m. is **VACATED.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of May, 2020.

SUSAN P. WATTERS
United States District Judge

1